Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Craig Mathias Katerinos |
| **Docket Number:** | 1:11CR00215-001 |
| **Offender Address:** | Visalia, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | December 12, 2011 |
| **Original Offense:** | Posession of a Firearm Not Registered in the National Firearms Registry<br>(CLASS C FELONY) |
| **Original Sentence:** | 21 months Bureau of Prisons; 36 months Supervised Release; $100 SA; Mandatory Testing; No dangerous weapons; DNA. |
| **Special Conditions:** | 1) Search; 2) Provide financial information; 3) Not open additional lines of credit; 4) Treatment program for drug/alcohol use; 5) Testing; 6) Mental Health; 7) Complete 20 hours of community service until employed; 8) Abstain from the use of medical marijuana. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | January 4, 2013 |
| **Assistant U.S. Attorney:** | Kimberly A. Sanchez     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Marc Days     **Telephone:** (559) 487-5561 |
| **Other Court Action:** | None. |

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> **The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.**

**Justification:** On April 20, 2013, the offender was arrested in Fresno County for driving under the influence of alcohol after being involved in a serious vehicle collision. The toxicology report indicates the offender's blood alcohol content was 0.13%.

The offender's adjustment under supervision has been unsatisfactory. The offender has tested positive for marijuana and admitted to using marijuana on numerous occasions following his release.

This officer has contacted the District Attorney's office in Fresno County and was notified that no charges have been filed (yet) against the offender. However, the arrest report may still be under investigation and review.

The offender has been admonished for his DUI arrest and marijuana use. He has been directed to attend two AA/NA meetings on a weekly basis. He is currently enrolled and attending classes at the local junior college.

On June 11, 2013, the offender voluntarily signed the Probation Form 49, agreeing to the above modifications to his conditions. The offender was informed that the Court would be notified of both the DUI arrest and his marijuana use. This officer will continue to monitor all court actions regarding the above arrest, and will further notify the Court upon charges filed and conviction.

Respectfully submitted,

/s/ Yasmin Villegas

**YASMIN VILLEGAS**
**United States Probation Officer**
Telephone:  (559) 734-2933

**DATED:**     June 17, 2013
              Visalia, California
              YV

**REVIEWED BY:**    /s/ Ben J. Blankenship
                   **BEN J. BLANKENSHIP**
                   **Senior United States Probation Officer**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

Dated:    June 26, 2013

                                              SENIOR  DISTRICT  JUDGE